In the Matter of BJORN HOLUBAR, Appellant, v KAREN O'CONNOR et al., Respondents.

Decided October 18, 2011

Chief Judge LIPPMAN taking no part.

HUDSON VALLEY FEDERAL CREDIT UNION, Appellant, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted August 1, 2011; decided October 18, 2011

Motion by the United States of America for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.

DEBORAH KELLER, Respondent, v TOM McDONALD, Appellant.

Submitted August 1, 2011; decided October 18, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the Appellate Division order where the appeal to the Appellate Division was from a County Court order entered on an appeal in this action commenced in the City Court of the City of Cortland (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).